**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

IN RE:                                                                                                               CASE: R16-42520-BEM

ANTHONY ALAN WALLACE                                     CHAPTER 13
MARILYN KIM WALLACE

**Debtors**

**CHAPTER 13 TRUSTEE'S NOTICE OF COMPLETED PLAN**
**(11 U.S.C. § 522(q)(1) MAY NOT APPLY)**

COMES NOW, Mary Ida Townson, Standing Chapter 13 Trustee, in the above-styled action and files this Notice of Completed Plan, and respectfully shows the Court the following:

The Chapter 13 Trustee has verified that each Debtor in this case has completed payments to creditors pursuant to the terms of the confirmed plan.

1.  **Each Debtor shall complete and file with the Court the attached *Debtor's 11 U.S.C. § 1328 Certificate* concerning domestic support obligations and previous discharges.**

2.  **Each Debtor must file a certificate of completion of an approved instructional course concerning personal financial management.**

**Each Debtor has 45 days from the date of this notice to file the required documents. If each Debtor fails to file all of the documents, the Court may close the case without a discharge.**

The Trustee does not believe that 11 U.S.C. § 522 (q)(1) applies in this case.

The Chapter 13 Trustee respectfully requests that this Court review this case to determine if each Debtor is eligible for discharge and whether all requirements of 11 U.S.C. § 1328 have been met, and if appropriate, enter an Order of Discharge.

R16-42520-BEM

      The Chapter 13 Trustee's Final Report and Account will be submitted as soon as all payments made to creditors on behalf of Debtor in this case have been negotiated and no outstanding disbursements remain. This case will remain open, pending receipt of the Chapter 13 Trustee's Final Report and Account and an Order discharging the Trustee is entered.

Dated: January 21, 2021

                                    Respectfully submitted,

                                    _/s/_____
                                    Mary Ida Townson, Attorney
                                    Standing Chapter 13 Trustee
                                    GA Bar No. 715063
                                    285 Peachtree Center Ave, Suite 1600
                                    Atlanta, GA  30303-1229
                                    (404) 525-1110
                                    maryidat@atlch13tt.com

R16-42520-BEM

## **CERTIFICATE OF SERVICE**

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

ANTHONY ALAN WALLACE
104 HILLWOOD DR
DALTON, GA 30721

MARILYN KIM WALLACE
104 HILLWOOD DR
DALTON, GA 30721-6020

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to the document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

RICKMAN & ASSOCIATES, PC

Dated: January 21, 2021

                                                Respectfully submitted,

                                                _/s/_____
                                                Mary Ida Townson, Attorney
                                                Standing Chapter 13 Trustee
                                                GA Bar No. 715063
                                                285 Peachtree Center Ave, Suite 1600
                                                Atlanta, GA 30303-1229
                                                (404) 525-1110
                                                maryidat@atlch13tt.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

**IN RE:**                                                              **CASE: R16-42520-BEM**
ANTHONY ALAN WALLACE
MARILYN KIM WALLACE                                **CHAPTER 13**

**Debtors**

**DEBTOR'S 11 U.S.C. §1328 CERTIFICATE**

*This Certificate must be completed and filed with the court in order for each debtor to receive a discharge. In joint cases, a separate Certificate must be completed and signed by each debtor. This Certificate should be filed after the debtor has completed all payments (as required by the Plan or as specified by the Court).*

**I declare under penalty of perjury that the information provided in this Certificate is true and correct.**

**A.** Appropriate Box Must Be Checked:

❑  1. During the time this bankruptcy case has been pending, I have not been required to pay a domestic support obligation (such as child support, maintenance or alimony) by any order of a court or administrative agency or by any statute.

❑  2. During the time this bankruptcy case has been pending, I have paid all domestic support obligations (such as child support, maintenance or alimony) as required under any order of a court or administrative agency or under any statute.

❑  3. During the time this bankruptcy case has been pending, I have not paid all domestic support obligations (such as child support, maintenance or alimony) as required by an order of a court or administrative agency or by statute.

**If you were obligated to pay a domestic support obligation, please complete the information below. If not, skip to paragraph B.**

The name and address of each holder of a domestic support obligation are:

Name:      _____          My Current Address:

Address:   _____          _____

                  _____          _____

                  _____          _____

                  _____          _____

R16-42520-BEM

My Current Employer is:

    Name:    _____

    Address:  _____

                 _____

                 _____

**B.** Appropriate Box Must Be Checked:

❑ 1. I **have NOT** received a discharge in a Chapter 7, 11, or 12 bankruptcy case filed within 4-years prior to filing this case.
❑ 2. I **have** received a discharge in a Chapter 7, 11, or 12 bankruptcy case filed within 4-years prior to filing this case.

**C.** Appropriate Box Must Be Checked:

❑ 1. I **have NOT** received a discharge in a Chapter 13 bankruptcy case filed within 2-years prior to filing this case.
❑ 2. I **have** received a discharge in a Chapter 13 bankruptcy case filed within 2-years prior to filing this case.

**By signing this Certificate, I acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on the truth of each of these statements in determining whether to grant me a discharge in this case. The Court may revoke my discharge if my statements are not accurate.**

Date: _____        /s/_____
                                             DEBTOR